No. 86–5207.   MORGAN v. ILLINOIS, 479 U. S. 1101;

No. 86–5434.   OLINGER v. ILLINOIS, 479 U. S. 1101;

No. 86–5906.   SZABO v. ILLINOIS, 479 U. S. 1101;

No. 86–5991.   MULLIGAN v. KEMP, WARDEN, 480 U. S. 911;

No. 86–5994.   BROOKS v. OHIO, 479 U. S. 1101;

No. 86–6022.   BARRITT v. BORDENKIRCHER, WARDEN, 479 U. S. 1095;

No. 86–6030.   WILKIE v. FOLTZ, REGIONAL ADMINISTRATOR, MICHIGAN DEPARTMENT OF CORRECTIONS, 479 U. S. 1095;

No. 86–6072.   DUNLAP v. BESHEAR, ATTORNEY GENERAL OF KENTUCKY, ET AL., 479 U. S. 1097;

No. 86–6098.   GREEN v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 479 U. S. 1098;

No. 86–6123.   IN RE JOHL, 479 U. S. 1082;

No. 86–6168.   DAVID v. AMERICAN TELEPHONE & TELEGRAPH CO. ET AL., 480 U. S. 909;

No. 86–6200.   STRANGE v. BROWN, WARDEN, ET AL., 480 U. S. 921;

No. 86–6210.   OLIVER v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, 480 U. S. 921;

No. 86–6218.   JONES v. ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AND CORRECTIONAL DIAGNOSTIC CLASSIFICATION CENTER AT GRATERFORD, 480 U. S. 909; and

No. 86–6246.   HANNER v. MISSISSIPPI ET AL., 480 U. S. 921. Petitions for rehearing denied.

No. 86–5210.   LIGHTFOOT v. WHITE, WARDEN, ET AL., 479 U. S. 964.   Motion for leave to file petition for rehearing denied.

APRIL 27, 1987

No. 86–1295.   ASHLAND OIL, INC. v. ROSE, STATE TAX COMMISSIONER OF WEST VIRGINIA.   Appeal from Sup. Ct. App. W. Va.   Motion of Committee on State Taxation of the Council of State Chambers of Commerce for leave to file a brief as *amicus curiae* granted.   Appeal dismissed for want of a final judgment.

No. 86–1452.   STICH v. COURT OF APPEAL OF CALIFORNIA, FIRST APPELLATE DISTRICT, ET AL.   Appeal from C. A. 9th Cir.